| | |
|---|---|
| 1 | JAMES A. MARISSEN (SBN: 257699) |
| 2 | jmarissen@grsm.com<br>RACHEL A. WEITZMAN (SBN: 307076) |
| 3 | rweitzman@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP |
| 4 | 5 Park Plaza, Suite 1100<br>Irvine, CA 92614 |
| 5 | Telephone: (949) 255-6996<br>Facsimile: (949) 474-2060 |
| 6 | Attorneys for Plaintiff |
| 7 | APL CO. PTE LTD |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. PTE LTD<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TDR LOGISTICS INC.; ANDPLASTIC TRADE LTD.; and ANDPLASTIC TRADE CO., LTD.<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-05999-SB-PD<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT TDR LOGISTICS INC. FROM THIS ACTION PURSUANT TO FRCP, RULE 41(a)(1)(A)(ii) AND REQUEST TO LIFT STAY OF ACTION**<br><br>Judge: Hon. Stanley Blumenfeld Jr. |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff APL CO. PTE LTD ("APL") and Defendant TDR LOGISTICS INC. ("TDR") that pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 41(a)(1)(A)(ii), and in response the Court's Order to Show Cause Re: Dismissal (Docket No. 50), Defendant TDR be dismissed from this action and Plaintiff APL's action against Defendant TDR be dismissed with prejudice as to all claims and causes of action, with each party bearing their own costs and fees, including attorneys' fees.

-1-
STIPULATION OF DISMISSAL OF DEFENDANT TDR LOGISTICS INC. FROM THIS ACTION AND REQUEST TO LIFT STAY OF ACTION

Plaintiff APL also respectfully requests that the Court lift the stay of the action, as imposed by the Court's Order to Show Cause Re: Dismissal (Docket No. 50), to permit Plaintiff APL to proceed to file Motions for Entry of Default Judgment against the remaining Defendants ANDPLASTIC TRADE LTD. and ANDPLASTIC TRADE CO., LTD. who have not appeared in this action and whose defaults were entered by the clerk on March 9, 2021 (Docket No. 37) and September 10, 2021 (Docket No. 47) respectively.

Undersigned counsel for Plaintiff, James A. Marissen, certifies that all electronic signatures below have been duly authorized by signatory counsel per Civil Local Rule 5-4.3.4(a)(2)(i).

IT IS SO STIPULATED.

Dated: _November 12, 2021___     GORDON REES SCULLY MANSUKHANI, LLP

By:  /s/ *James A. Marissen*
James A. Marissen
Rachel A. Weitzman
*Attorneys for Plaintiff*
*APL CO. PTE LTD*

Dated: _November 12, 2021___     RUSSELL, MIRKOVICH & MORROW

By:  /s/ *Joseph N. Mirkovich*
Joseph N. Mirkovich
*Attorneys for Defendant*
*TDR LOGISTICS INC.*

-2-
STIPULATION OF DISMISSAL OF DEFENDANT TDR LOGISTICS INC. FROM THIS ACTION AND REQUEST TO LIFT STAY OF ACTION