UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: CV 20-05999 SB (PDx) | Date: 12-06-2021 |
|---|---|

| Title: *APL Co. Pte Ltd. v. TDR Logistics Inc. et al* | |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Victor Cruz | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:    IN CHAMBERS**

   The Court strikes the APPLICATION for Default Judgment against Defendant Andplastic Trade Co. Ltd. filed by Plaintiff APL Co. Pte Ltd., Dkt. No. 53, and the APPLICATION for Default Judgment against Defendant Andplastic Trade Ltd. filed by Plaintiff APL Co. Pte Ltd., Dkt. No. 54, without prejudice to refiling in accordance with the Court's standing order (provided that the refiling is otherwise timely), *see* Notice of Deficiency, Dkt. No. 55 and Dkt. No. 56, respectively.  Plaintiff may properly refile as motions before the Court.