```
1  JAMES A. MARISSEN (SBN: 257699)
   jmarissen@grsm.com
2  RACHEL A. WEITZMAN (SBN: 307076)
   rweitzman@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   5 Park Plaza, Suite 1100
4  Irvine, CA 92614
   Telephone: (949) 255-6996
5  Facsimile: (949) 474-2060

6  Attorneys for Plaintiff
   APL CO. PTE LTD
7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| APL CO. PTE LTD | CASE NO. 2:20-cv-05999-SB-PD |
|---|---|
| Plaintiff, | |
| vs. | **APPLICATION FOR DEFAULT JUDGMENT AGAINST ANDPLASTIC TRADE LTD. UNDER FED. R. CIV. P. 55(b)(2)** |
| TDR LOGISTICS INC.; ANDPLASTIC TRADE LTD.; and ANDPLASTIC TRADE CO., LTD. | |
| Defendants. | Date: April 1, 2022<br>Time: 8:30 a.m.<br>Dept.: 6C |

**PLEASE TAKE NOTICE THAT** on April 1, 2022, at 8:30 a.m., or as soon thereafter as this matter may be heard by the above-entitled Court, located at U.S. Courthouse, 350 West 1st Street, Los Angeles, California 90012 Courtroom 6C, Plaintiff APL CO. PTE LTD ("APL" or "Plaintiff") will present its application for a default judgment against Defendant ANDPLASTIC TRADE LTD. ("ANDPLASTIC"). The clerk previously entered the default of ANDPLASTIC on March 9, 2021 on the Complaint.

At the time and place of hearing, Plaintiff will present proof of the following matters:

-1-

APPLICATION FOR DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)(2)

1    1.    Defendant ANDPLASTIC is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940 as ANDPLASTIC is a corporation existing under the laws of the Republic of the Marshall Islands.

2.    ANDPLASTIC has not appeared in this action.

3.    Notice of this application for default judgment by court was served on said Defendant ANDPLASTIC on February 28, 2022, by FedEx and Overnight Mail, as required by Local Rule 55-1.

4.    Plaintiff is entitled to judgment against ANDPLASTIC on account of the claims pleaded in the Complaint. To wit, the Complaint in this action sets out a valid claim for breach of maritime contract against ANDPLASTIC as follows:

    a. ANDPLASTIC was the named shipper under the following bills of lading: (1) AVB0100146; (2) AYU0212485; (3) AYU0221035; and (4) AYU0221101 (collectively "APL Bills of Lading").

    b. There were eight (8) containers shipped under the APL Bills of Lading ("Containers").

    c. As the named shipper, ANDPLASTIC qualifies as a "merchant" under Clause 1 of the Standard Terms and Conditions applicable to the four (4) APL Bills of Lading.

    d. As a "merchant" ANDPLASTIC, was the entity for whose account the transportation services were provided by APL, was the party that received and benefitted from the transportation services provided by APL, and was the entity responsible for payment of charges relating to the shipment of containers under the four (4) APL Bills of Lading.

    e. ANDPLASTIC tendered the containers under the APL Bills of Lading for transportation, for which freight and other charges were lawfully incurred pursuant to the terms of the four (4) APL Bills of Lading and/or applicable marine tariff(s).

  f. APL delivered the containers under the APL Bills of Lading to the Port of Jakarta, Indonesia and were made available for collection. To date, ANDPLASTIC has failed to take delivery of the Containers under the APL Bills of Lading as they have been seized by the Indonesian Government for ANDPLASTIC's failure to comply with import regulations.

  g. As a result of ANDPLASTIC's failure to take delivery of the containers under the APL Bills of Lading, APL has incurred damages, liabilities, charges, expenses, fees and costs for detention and demurrage, logistics and storage.

  h. Under Clauses 11 and 26 of the Standard Terms and Conditions applicable to the four (4) APL Bills of Lading, ANDPLASTIC is obligated to pay these damages, liabilities, charges, expenses, fees and costs for detention and demurrage, logistics and storage costs.

5. The amount of judgment sought is the sum of US$705,039.33 as of January 31, 2022, as set forth in the attached declaration of Prantika Sengupta.

This Application is based on this document, the accompanying declarations of Prantika Sengupta and James Marissen, and on all of the pleadings and papers on file in this action, and on whatever evidence and argument that may be presented at a hearing on this motion.

Dated: February 28, 2022  GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *James A. Marissen*
  James A. Marissen
  Rachel A. Weitzman
  *Attorneys for Plaintiff*
  *APL CO. PTE LTD*