1  JAMES A. MARISSEN  (SBN:  257699)
   jmarissen@grsm.com
2  RACHEL A. WEITZMAN  (SBN:  307076)
   rweitzman@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   5 Park Plaza, Suite 1100
4  Irvine, CA 92614
   Telephone:  (949) 255-6996
5  Facsimile:  (949) 474-2060

6  Attorneys for Plaintiff
   APL CO. PTE LTD
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  APL CO. PTE LTD                    CASE NO.  2:20-cv-05999-SB-
                                       PD
12                  Plaintiff,
                                       **APPLICATION FOR**
13     vs.                             **DEFAULT JUDGMENT**
                                       **AGAINST ANDPLASTIC**
14  TDR LOGISTICS INC.; ANDPLASTIC     **TRADE CO. LTD. UNDER**
    TRADE LTD.; and ANDPLASTIC         **FED. R. CIV. P. 55(b)(2)**
15  TRADE CO., LTD.
                                       Date:   April 1, 2022
16                  Defendants.        Time:   8:30 a.m.
                                       Dept.:  6C
17

18

19       **PLEASE TAKE NOTICE THAT** on April 1, 2022, at 8:30 a.m., or as

20  soon thereafter as this matter may be heard by the above-entitled Court, located at

21  U.S. Courthouse, 350 West 1st Street, Los Angeles, California 90012 Courtroom

22  6C, Plaintiff APL CO. PTE LTD ("APL" or "Plaintiff") will present its application

23  for a default judgment against Defendant ANDPLASTIC TRADE CO., LTD.

24  ("ANDPLASTIC CO.").  The clerk previously entered the default of

25  ANDPLASTIC CO. on September 9, 2021 on the First Amended Complaint.

26       At the time and place of hearing, Plaintiff will present proof of the following

27  matters:

28

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

-1-

1      1.    Defendant ANDPLASTIC CO. is not a minor or incompetent person or

2  in military service or otherwise exempted under the Soldiers' and Sailors' Civil

3  Relief Act of 1940 as ANDPLASTIC CO. is a corporation existing under the laws

4  of Hong Kong SAR, China.

5      2.    ANDPLASTIC CO. has not appeared in this action.

6      3.    Notice of this application for default judgment by court was served on

7  said Defendant ANDPLASTIC CO. on February 28, 2022, by FedEx, as required by

8  Local Rule 55-1.

9      4.    Plaintiff is entitled to judgment against ANDPLASTIC CO. on account

10  of the claims pleaded in the First Amended Complaint.  To wit, the First Amended

11  Complaint in this action sets out a valid claim for breach of maritime contract against

12  ANDPLASTIC CO. as follows:

13          a.  ANDPLASTIC CO. was the named shipper under the following bills

14              of lading: (1) AYU0221029; (2) AYU0221052; (3) AYU0221063;

15              (4) AYU0221100; (5) AYU0221030; (6) AYU0221056A;

16              (7) AYU0221062; (8) AYU0221069; (9) AYU0221106;

17              (10)  AYU0221031; (11) AYU0240068; (12) AYU0230202;

18              (13)  AYU0230216; (14) AYU0230222; (15) AYU0221056B;

19              (16)  AYU0230211; (17) AYU0234695; (18) AYU0221034;

20              (19)  AYU0221036; (20) AYU0230200A; (21) AYU0230200B;

21              (22)  AYU0239074; (23) AYU0239078A; (24) AYU0239078B;

22              (25)  AYU0230201; (26) AYU0234689; (27) AVB0100243;

23              (28)  AYU0239069; (29) AYU0221032A; (30) AYU0221032B;

24              (31)  AYU0221042; and (32) AYU0248200 (collectively "APL Bills

25              of Lading").

26          b.  There were seventy-seven (77) containers shipped under the APL

27              Bills of Lading ("Containers").

28

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

-2-

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

c. As the named shipper, ANDPLASTIC CO. qualifies as a "merchant" under Clause 1 of the Standard Terms and Conditions applicable to the thirty-two (32) APL Bills of Lading.

d. As a "merchant" ANDPLASTIC CO., was the entity for whose account the transportation services were provided by APL, was the party that received and benefitted from the transportation services provided by APL, and was the entity responsible for payment of charges relating to the shipment of containers under the thirty-two (32) APL Bills of Lading.

e. ANDPLASTIC CO. tendered the containers under the APL Bills of Lading for transportation, for which freight and other charges were lawfully incurred pursuant to the terms of the thirty-two (32) APL Bills of Lading and/or applicable marine tariff(s).

f. APL delivered the containers under the APL Bills of Lading to the Port of Jakarta, Indonesia and were made available for collection.  To date, ANDPLASTIC CO. has failed to take delivery of the Containers under the APL Bills of Lading as they have been seized by the Indonesian Government for ANDPLASTIC CO.'s failure to comply with import regulations.

g. As a result of ANDPLASTIC CO.'s failure to take delivery of the containers under the APL Bills of Lading, APL has incurred damages, liabilities, charges, expenses, fees and costs for detention and demurrage, logistics and storage.

h. Under Clauses 11 and 26 of the Standard Terms and Conditions applicable to the thirty-two (32) APL Bills of Lading, ANDPLASTIC CO. is obligated to pay these damages, liabilities, charges, expenses, fees and costs for detention and demurrage, logistics and storage costs.

-3-

5. The amount of judgment sought is the sum of US$5,547,051.25 as of January 31, 2022, as set forth in the attached declaration of Prantika Sengupta.

This Application is based on this document, the accompanying declarations of Prantika Sengupta and James Marissen, and on all of the pleadings and papers on file in this action, and on whatever evidence and argument that may be presented at a hearing on this motion.


Dated: February 28, 2022

GORDON REES SCULLY
MANSUKHANI, LLP


By:   /s/ *James A. Marissen*
      James A. Marissen
      Rachel A. Weitzman
      *Attorneys for Plaintiff*
      *APL CO. PTE LTD*

APPLICATION FOR DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)(2)

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614