UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> TDR LOGISTICS INC. et al., <br><br> Defendants. | Case No. 2:20-cv-05999-SB-PD <br><br> ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

  Plaintiff brought this maritime action involving contracts for the shipment of plastic scrap.  Defendants have not appeared or otherwise responded to the complaint, and Plaintiff applied for the entry of default judgment against them.  Dkt. Nos. 61, 62.  The Court denied those applications without prejudice on May 10, 2022, Dkt. No. 69, but noted that "Plaintiff may file renewed applications if it adequately addresses the issue of damages."

  It has been over 100 days, and Plaintiff has not filed renewed applications for default judgment.  The Court intends to dismiss this action without prejudice unless Plaintiff objects and shows cause why such dismissal is unwarranted.  To the extent Plaintiff objects, it shall show cause, in writing, **no later than September 7, 2022**, why this action should not be dismissed without prejudice for lack of prosecution.  Failure to timely respond will result in dismissal without prejudice.

Date: August 30, 2022

                 Stanley Blumenfeld, Jr.
                 United States District Judge