JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> TDR LOGISTICS INC. et al., <br><br> Defendant. | Case No.  2:20-cv-05999-SB-PD <br><br> FINAL JUDGMENT |

Pursuant to this Court's Order Granting In Part Applications for Default Judgment, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Plaintiff APL Co. PTE Ltd. and against Defendants in the following amounts:

- $4,808,901 against Defendant Andplastic Trade Co., Ltd., and

- $559,338 against Defendant Andplastic Trade Ltd.

Post-judgment interest will accrue on these amounts according to the statutory rate.

Date: October 28, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge